No. 872, Misc. DOTSON v. KANSAS. Supreme Court of Kansas. Certiorari denied.

No. 876, Misc. LEGG v. BRODY ET AL. Supreme Court of California. Certiorari denied.

No. 877, Misc. CARTER v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 730, Misc. TRENT v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted. *Arthur J. Lambert* and *Richard A. Fitzgerald* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 798, Misc. OUGHTON v. UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit and for other relief denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Doar* and *Harold H. Greene* for the United States.

No. 865, Misc. RODELLA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.